IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA PARKINS, on behalf of Calvin L. Parkins, deceased, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3206 |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED that:

Plaintiff's unopposed motion for extension of deadlines, filing no. 11, is granted as follows:

1. Plaintiff's brief shall be filed by May 4, 2009;

3. Defendant's brief shall be filed by June 19, 2009;

4. Plaintiff may file a reply brief by July 3, 2009;

5. This case shall be ripe for decision on July 3, 2009.

DATED April 2, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge